| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **OWL Venice LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-2736187** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**12906 VENICE BLVD.**<br>**Los Angeles, CA 90066**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **OWL Venice LLC**_____ Case number (*if known*)_____
　　　　Name

**7. Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **OWL Venice LLC**                                                                    Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **OWL Venice LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    __OWL Venice LLC_____    Case number (*if known*) _____
         Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 24, 2025__
               MM / DD / YYYY

X  /s/ Lindsey Wilson                    **Lindsey Wilson**
   Signature of authorized representative of debtor    Printed name

Title    **Manager**

---

**18. Signature of attorney**

X  /s/ Giovanni Orantes                  Date    __July 24, 2025__
   Signature of attorney for debtor              MM / DD / YYYY

**Giovanni Orantes 190060**
Printed name

**The Orantes Law Firm, A.P.C**
Firm name

**3435 Wilshire Blvd., 27th Floor**
**Los Angeles, CA 90010**
Number, Street, City, State & ZIP Code

Contact phone  **(888) 619-8222**    Email address  **go@gobklaw.com**

**190060 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **OWL Venice LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amex** Attn: President or Corp. Officer P.O. Box 981535 El Paso, TX 79998 | | | **Unliquidated** | | | **$170,384.41** |
| **Amex** Attn: President or Corp. Officer P.O. Box 981535 El Paso, TX 79998 | | | **Unliquidated** | | | **$91,737.66** |
| **BayFirst** Attn: President or Corp. Officer 700 Central Ave. Saint Petersburg, FL 33701 | | **SBA loan** | **Unliquidated** | | | **$142,275.02** |
| **BayFirst** Attn: President or Corp. Officer 700 Central Ave. Saint Petersburg, FL 33701 | | **Sba loan** | **Unliquidated** | | | **$281,636.00** |
| **Celtic Bank Corp.** Attn: President or Corp. Officer 268 S. State Street Salt Lake City, UT 84111 | | **Loan** | **Unliquidated** | | | **$147,815.96** |
| **FIRST HOME BANK a Florida Banking Corporation C/o WOLTERS KLUWER LIEN SOLUTIONS P.O. BOX 29071 Glendale, CA 91209-9000** | | **UCC-1** | | | | **$0.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **OWL Venice LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Northeast Bank**<br>**Attn: President or Corp. Officer**<br>**One Marina Park Dr., Floor 8**<br>**Boston, MA 02210** | | **UCC1**<br>**U240083275830**<br>**Sba loan** | **Unliquidated** | | | **$243,968.45** |
| **Settle, Inc.**<br>**Attn: President or Corp. Officer**<br>**29 West 17th Street, 2nd Floor**<br>**New York, NY 10011** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$129,000.00** |
| **Shopify Inc.**<br>**Attn: President or Corp. Officer**<br>**151 O'Connor St,**<br>**Gound Floor**<br>**Ottawa**<br>**ON K2P 2L8** | | **Credit card** | **Unliquidated** | | | **$93,572.99** |
| **Shopify Inc.**<br>**Attn: President or Corp. Officer**<br>**151 O'Connor St,**<br>**Gound Floor**<br>**Ottawa**<br>**ON K2P 2L8** | | | **Unliquidated** | | | **$175,441.79** |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Giovanni Orantes 190060<br>3435 Wilshire Blvd., 27th Floor<br>Los Angeles, CA 90010<br>(888) 619-8222 Fax: (877) 789-5776<br>California State Bar Number: 190060 CA<br>go@gobklaw.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

**OWL Venice LLC**

CASE NO.:
CHAPTER: 11

Debtor(s).

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: July 24, 2025

/s/ Lindsey Wilson
Signature of Debtor

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: July 24, 2025

/s/ Giovanni Orantes
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

OWL Venice LLC
12906 VENICE BLVD.
Los Angeles, CA 90066


Giovanni Orantes
The Orantes Law Firm, A.P.C
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010


Aaron Gonzalez
3618 Castalia Ave. #5
Los Angeles, CA 90032


Amex
Attn: President or Corp. Officer
P.O. Box 981535
El Paso, TX 79998


Amex
Attn: President or Corp. Officer
P.O. Box 96001
Los Angeles, CA 90096


Anzhela Marchenko
2501 Pico Blvd. #123
Santa Monica, CA 90405


Avonne Mejia-Rittberg
708 Venice Blvd. #4
Venice, CA 90291


BayFirst
Attn: President or Corp. Officer
700 Central Ave.
Saint Petersburg, FL 33701

```
BayFirst
Attn: President or Corp. Officer
20 Bay Street, 11th Floor
Toronto
Ontario     M5J 2N8


California Department of Tax & Fee
Collection Support
Bureau-Bankruptcy Team, MIC: 74
Po Box 942879
Sacramento, CA 94279-0074


Carly Tesler
170 Shalimar Dr.
Rochester, NY 14618


Celtic Bank Corp.
Attn: President or Corp. Officer
268 S. State Street
Salt Lake City, UT 84111


Cheryl Kunitake
315 Chester St.
Apt. 101
Glendale, CA 91203


Employment Development Department
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280-0001


FIRST HOME BANK
a Florida Banking Corporation
C/o WOLTERS KLUWER LIEN SOLUTIONS
P.O. BOX 29071
Glendale, CA 91209-9000


FIRST HOME BANK
a Florida Banking Corporation
Attn: President or Corp. Officer
700 Central Ave.
Saint Petersburg, FL 33701
```

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346

Lisa DiMartino
3005 Main St., #511
Santa Monica, CA 90405

Newity LLC
Attn: President or Cor[. Officer
522 W RIVERSIDE AVE
STE N
Spokane, WA 99201

Northeast Bank
Attn: President or Corp. Officer
One Marina Park Dr., Floor 8
Boston, MA 02210

PayPal, Inc.
Attn: Presdent or Corp. Officer
2211 North First Street
San Jose, CA 95131

Settle, Inc.
Attn: President or Corp. Officer
29 West 17th Street, 2nd Floor
New York, NY 10011

Settle, Inc.
C/o Alien Finance LLC
Attn: President or Corp. Officer
5830 E 2nd St. Ste 7000 #5788
Casper, WY 82609

Shopify Inc.
Attn: President or Corp. Officer
151 O'Connor St, Gound Floor
Ottawa
ON K2P 2L8


Shopify Inc.
Attn: President or Corp. Officer
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Sophia Avramides
1292 S Cloverdale Ave.
Los Angeles, CA 90019


Stripe, Inc.
Attn: Preisdent or Corp. Officer
354 Oyster Point Boulevard
South San Francisco, CA 94080


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
Po Box 683
Washington, DC 20044


Vladyslav Nalisnyi
2501 Pico Blvd.
Apt. 123
Santa Monica, CA 90405

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Giovanni Orantes 190060**<br>**3435 Wilshire Blvd., 27th Floor**<br>**Los Angeles, CA 90010**<br>**(888) 619-8222 Fax: (877) 789-5776**<br>California State Bar Number: **190060 CA**<br>**go@gobklaw.com** | FOR COURT USE ONLY |
|---|---|
| ■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**OWL Venice LLC**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Giovanni Orantes 190060**_____ , the undersigned in the above-captioned case, hereby declare
  *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
        ☐ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ■ I am the attorney for the Debtor corporation
2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
        *[For additional names, attach an addendum to this form.]*
  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 25, 2025**                                                                    By:  **/s/ Giovanni Orantes**
Date                                                                         Signature of Debtor, or attorney for Debtor

                                                                                          Name:  **Giovanni Orantes 190060**
                                                                                          Printed name of Debtor, or attorney for Debtor

Resolution of Board of Directors
of
OWL Venice LLC

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lindsey Wilson, Manager** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Lindsey Wilson, Manager** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Lindsey Wilson, Manager** of this Company is authorized and directed to employ **Giovanni Orantes**, attorney and the law firm of **The Orantes Law Firm, A.P.C** to represent the company such bankruptcy case.

Date  **July 24, 2025** _____        Signed _____

Date  **July 24, 2025** _____        Signed _____

Case 2:25-bk-16451-BB    Doc 1    Filed 07/29/25    Entered 07/29/25 10:30:21    Desc
Main Document    Page 16 of 16

## United States Bankruptcy Court
### Central District of California

In re   OWL Venice LLC  
_____  
Debtor(s)

Case No. _____  
Chapter   11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Lindsey Wilson**, declare under penalty of perjury that I am the **Manager** of **OWL Venice LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Company at a special meeting duly called and held on the __ day of __, 20 **25**.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lindsey Wilson**, **Manager** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Lindsey Wilson**, **Manager** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Lindsey Wilson**, **Manager** of this Company is authorized and directed to employ **Giovanni Orantes**, attorney and the law firm of **The Orantes Law Firm, A.P.C** to represent the company in such bankruptcy case."

Date   **July 24, 2025**          Signed   **/s/ Lindsey Wilson**  
                                                           Lindsey Wilson